**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:                                          :    Case No:    05-68514
NICOLE D HUDSON

                                                :    Chapter 13

                                                :    Judge:    CHARLES M. CALDWELL

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  May 24, 2011                        /s/ Frank M. Pees
                                            _____
                                            Frank M. Pees
                                            Chapter 13 Trustee

| **Name and Address** | **Amount** |
| --- | --- |
| NICOLE D HUDSON | 42.63 |
| PO BOX 32046 | |
| COLUMBUS, OH  432320046 | |